IN REFERENCE TO CAUSE #3:19-CV-00202-JD-MGG

# AFFIDAVIT

I, Barry Wade Matlock, hereby affirm, under penalty of perjury pursuant to **Indiana Code 35-44.1-2-1**, the following to wit:

That since my arrival at Westville Correctional Facility I have been removed from my GERD medication that I have been taking since 2009. I have been removed from chronic care list for the GERD and Arthritis I suffer from. DR William H Wolfe Diagnosed me with GERD on 8-28-2012 and with HX OF OA with disk disorder Arthritis on 6-1-2012. Wolfe a MD put me on Chronic Care for both issues There by making them a serious medical condition That required Treatment. I had no Trouble with medical Treatment until I arrived at Westville where I have been denied medical attention. On 3-5-19 I was verbally abused by NP Jody Kupferberg and then DR Jackson and denied medical attention and had a Conduct report written for trying to address my serious medical conditions. DR Jackson and NP Kupferberg and medical director Lewis have been deliberatly indifferent to my medical need so has Warden Sevier. On 3-18-19 I had to go to urgent Care do to Serious pain in my right knee, the Nurse Ms Murphy told me she could not Treat me because Kupferberg Told her to refuse me service and send me back I was Then placed on a Top bunk. I believe this to all Stem from my Grievance I had filed and is retaliatory action.

Barry W Matlock
Westville Correctional Facility
5501 South 1100 West, Dorm C-8-201
Westville, IN 46391

## ACKNOWLEDGEMENT

STATE OF INDIANA          )
                          ) Scilicet
COUNTY OF LA PORTE        )

Scanned at WCF and Emailed on 5/24/19 by [initials] 3 pages

SUBSCRIBED TO AND SWORN before me this, 20th day of May, 2019, a Notary Public in and for said County, that Barry Wade Matlock, personally appeared, and known to me to be the man whose name subscribed to the: **A F F I D A V I T** and acknowledged to be said person.

Crystal Rae Cleary _____ Seal;

CRYSTAL RAE CLEARY
La Porte County
My Commission Expires
December 22, 2022

Resident of LaPorte County, Indiana
My Commission expires; 12/22/2022

(FORM 6)

# AFFIDAVIT

I, Barry Wade Mattox hereby affirm, under penalty of perjury pursuant to **Indiana Code 35-44.1-2-1**, the following to wit:

I have made Warden Mark Sevier subjectively aware on multiple occaisons that I am being denied medical attention. Warden Sevier has proven to be deliberately indifferent to my situation and has in no way aided me in my right to medical attention

*[signature]*

Westville Correctional Facility
5501 South 1100 West, Dorm C-8-201
Westville, IN 46391

## ACKNOWLEDGEMENT

STATE OF INDIANA          )
                          ) Scilicet
COUNTY OF LA PORTE        )

SUBSCRIBED TO AND SWORN before me this, 20th day of May, 2019, a Notary Public in and for said County, that Barry Wade Mattox, personally appeared, and known to me to be the man whose name subscribed to the: **A F F I D A V I T** and acknowledged to be said person.

*Crystal Rae Cleary* _Seal;

CRYSTAL RAE CLEARY
La Porte County
My Commission Expires
December 22, 2022

Resident of LaPorte County, Indiana
My Commission expires; 12/25/2022

*(FORM 6)*

# AFFIDAVIT

I, Barry Wade Matlock, hereby affirm, under penalty of perjury pursuant to **Indiana Code 35-44.1-2-1**, the following to wit:

Since 3-5-19 I have been denied medical attention all together by Jody Kupferberg, Dr James Jackson and Deangela Lewis. I have been having severe chest pains and I went 1 time and was given noproxen and charged $10 to have no relief. My subsequent Health care slips have been returned with commisary wrote on them. I don't believe commisary will tell me whats wrong with my chest. I have sent Numerous Health care slips and even wrote Mrs Lewis a letter explaining my constant pain to find her deliberatly indifferent in order to save money. I wake at night chocking from bile in my throat. On almost a daily basis my right knee pops in and out of socket since 4-23-19 I have been in Seg and denied my knee braces to help with the constant dislocations. On 6-1-2012 Dr William Wolfe diagnosed me with HX of OA and disk disorder. On 8-28-2012 Dr Wolfe diagnose me with chronic GERD requiring chronic treatment and medication. Chronic GERD runs in my family and family members also require chronic treatment and medication.

*[signature]*

Westville Correctional Facility
5501 South 1100 West, Dorm C-20 1
Westville, IN 46391

## ACKNOWLEDGEMENT

STATE OF INDIANA       )
                       ) Scilicet
COUNTY OF LA PORTE     )

SUBSCRIBED TO AND SWORN before me this, 20th day of May, 2019, a Notary Public in and for said County, that Barry Wade Matlock, personally appeared, and known to me to be the man whose name subscribed to the: **A F F I D A V I T** and acknowledged to be said person.

*[signature]* Crystal Rae Cleary — Seal;

CRYSTAL RAE CLEARY
La Porte County
My Commission Expires
December 22, 2022

Resident of LaPorte County, Indiana
My Commission expires; 12/22/2022

*(FORM 6)*